**No. 10-11195 (10A1269). Roy Willard Blankenship, Petitioner v. Carl Humphrey, Warden.**

564 U.S. 1032, 131 S. Ct. 3055, 180 L. Ed. 2d 871, 2011 U.S. LEXIS 4797.

June 23, 2011. Application for stay of execution of sentence of death, presented to Justice Thomas, and by him referred to the Court, denied. Petition for writ of certiorari to the Superior Court of Georgia, Butts County, denied.